OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0002003152
MAILED FROM ZIP CODE 78701

$ 00.26⁵
FEB 09 2015

**2/2/2015**

**TYSON, DEQUINNCY**   **Tr. Ct. No. 1099769-A**   **WR-82,802-01**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS CO SHERIFF'S DEPT.

DEQUINNCY TYSON

N3B 77002